**No. 45809.**—Protests 30444–K, etc., of Canada Dry Ginger Ale, Inc., et al. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63,. C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45810.**—Protests 990451–G, etc., of Ballester Hermanos (San Juan).

Opinion by EVANS, J.   On the record presented the protests were overruled.